IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

CORNERSTONE CHURCH, INC.,

                Plaintiff,                Case No. 3:01 CV 7344

-vs-

                                        <u>JUDGMENT   ENTRY</u>

NEIL ARDMAN, et al.,

                Defendant.

KATZ, J.

    For the reasons stated in the Memorandum Opinion filed contemporaneously with this entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant's Motion for Dismissal and for a More Definite Statement as to the Fifth Claim (Doc. No. 11) is denied.

                                                                                       <u>s/ *David A.Katz*</u>
                                                                                      DAVID A. KATZ
                                                                                      U. S. DISTRICT JUDGE