UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Cornerstone Church, Inc., | ) Case No. 3:01 CV 7344 |
| Plaintiff, | ) Judge David A. Katz |
| -vs- | ) **CONSENT JUDGMENT ENTRY** |
| Neil Ardman, et al., | ) |
| Defendants. | ) |

* * *

Pursuant to the agreement of the parties, the Court hereby enters judgment against defendants Neil Ardman and NIA Broadcasting, Inc., jointly and severally, in the amount of $225,000.00, plus interest at the rate of ten percent (10%) per annum until the judgment is paid in full.

The above judgment is subject to all of the following:

1. Defendants, Neil Ardman individually and/or NIA Broadcasting, Inc. can satisfy this judgment by making the following payments to Cornerstone Church on the following dates (payment schedule):

$10,000.00 payable by March 11, 2002; and the 10th of each month thereafter for the following nineteen (19) consecutive months through October 10, 2003.

Defendants' right to satisfy this judgment by paying the amounts set forth in this paragraph numbered 1 is lost if any payment required by this paragraph is not fully and timely made.

2. The parties have stipulated that the payments constitute a rescission of the contract and agreements between the plaintiff and defendants. The parties recognize, however, that the payments do not provide Cornerstone Church with the return of the time value of its money, along with recovery of other incidental and consequential damages. The parties have agreed by signing this Consent Judgment Entry that the judgment amount constitutes the amount owed by defendants to Cornerstone Church, plus a reasonable approximation of damages suffered by Cornerstone Church because of defendants' breach of the contract.

3. Upon entry of this Consent Judgment Entry, all claims of Cornerstone Church and defendants Neil Ardman and NIA Broadcasting, Inc. related to their contracts, agreements and relationships are merged into this Consent Judgment Entry and the parties are barred from bringing any further action based on the subject matters contained in the complaint or the prior relationship between the parties, except in enforcing the terms of this Consent Judgment Entry.

_____
Judge Katz